```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    INDIRA CAMERON-BANKS
 4  Assistant United States Attorney
    MARCUS M. KERNER
 5  Assistant United States Attorney
    California Bar Number:   107014
 6       United States Courthouse, Room 8000
         411 West 4th Street
 7       Santa Ana, CA 92701
         Telephone: (714) 338-3532
 8       Facsimile: (714) 338-3523
         E-mail: marcus.kerner@usdoj.gov
 9
    Attorney for "Real Party in Interest"
10  United States Postal Service
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CAROL HOANG, | ) NO.  SA CV 11-1750 JVS (ANx) |
|---|---|
| Petitioner, | ) |
| v. | ) <u>ORDER GRANTING</u> |
| CALIFORNIA INSURANCE APPEALS BOARD, | ) <u>STIPULATION TO REMAND ACTION TO THE CALIFORNIA SUPERIOR COURT, COUNTY OF ORANGE</u> |
| Respondent, | ) |
| UNITED STATES POSTAL SERVICE, c/o UCEXPRESS (UCFE), | ) |
| Real Party in Interest. | ) |

   GOOD CAUSE HAVING BEEN SHOWN, upon the stipulation of the parties and the provisions of 28 U.S.C. § 1447(c), the entire

///

///

///

1  action is remanded to the California State Superior Court, County
2  of Orange.
3  Dated this 15th day of March, 2012.

```
                          _____
                                JAMES V. SELNA
                          UNITED STATES DISTRICT JUDGE
```