ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA CAMERON-BANKS
Assistant United States Attorney
MARCUS M. KERNER
Assistant United States Attorney
California Bar Number:   107014
    United States Courthouse, Room 8000
    411 West 4th Street
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail: marcus.kerner@usdoj.gov

Attorney for "Real Party in Interest"
United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAROL HOANG, <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA INSURANCE APPEALS BOARD, <br><br> Respondent, <br><br> UNITED STATES POSTAL SERVICE, c/o UCEXPRESS (UCFE), <br><br> Real Party in Interest. | NO.  SA CV 11-1750 JVS (ANx) <br><br> <u>ORDER GRANTING</u> <br><br> <u>STIPULATION TO REMAND ACTION TO THE CALIFORNIA SUPERIOR COURT, COUNTY OF ORANGE</u> |

    GOOD CAUSE HAVING BEEN SHOWN, upon the stipulation of the parties and the provisions of 28 U.S.C. § 1447(c), the entire

///

///

///

1 | action is remanded to the California State Superior Court, County
2 | of Orange.
3 | Dated this 15th day of March, 2012.

                                                    */s/ James V. Selna*

                                                    JAMES V. SELNA
                                          UNITED STATES DISTRICT JUDGE